USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

DAVID PODHASKIE,

        Plaintiff,

    -against-

METROPOLITAN TRANSPORTATION AUTHORITY;
METROPOLITAN TRANSPORTATION AUTHORITY
POLICE DEPARTMENT; CITY OF NEW YORK, et al.,

        Defendants.

------------------------------------x

07 Civ. 0409 (SHS) (AJP)

**ORDER OF PARTIAL DISMISSAL
ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that plaintiff and the Metropolitan Transportation Authority ("MTA") defendants have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs against the MTA defendants, provided, however, that plaintiff may reinstate the action against the MTA defendants within 15 days hereof if the settlement is not fully effectuated.

The case remains open against the City of New York and the New York City Police Department. The May 18, 2007 at 9:30 a.m. status conference remains in effect for plaintiff and the City defendants.

    SO ORDERED.

DATED:    New York, New York
            April 19, 2007

                                              **Andrew J. Peck**
                                              United States Magistrate Judge

Copies **by fax & ECF** to:    Jason A. Steinberger, Esq.
                                  Paul A. Krez, Esq.
                                  Suzette C. Rivera, Esq.
                                  Judge Sidney H. Stein

C:\ORD\Dismiss.AJP

LAW OFFICES OF
## JASON A. STEINBERGER
ATTORNEY & COUNSELOR AT LAW

14 PENN PLAZA
225 WEST 34TH STREET, SUITE 1008
NEW YORK, N.Y. 10122

TEL (646) 856-1007
FAX (718) 993-1542

BRONX OFFICE
895-B WALTON AVENUE
BRONX, N.Y. 10451
(718) 585-2893

April 17, 2007

Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

   Re: David Podhaskie v. Metropolitan Transportation Authority, et al.
   Docket: 07 CIV 409

Dear Sir,

Please be advised that the Plaintiff, David Podhaskie and Defendants Metropolitan Transportation Authority, Metropolitan Transportation Authority Police Department, Detective Haydee Urena shield number 1001 and Detective John Doe shield number 0000, the person being the partner of Detective Urena, have reached a settlement of $5,000 in the above-entitled action.

As of the date of this letter, no settlement has been reached with Defendant City of New York.

Be further advised that all necessary paperwork is being drafted and will be sent to the appropriate parities as quickly as possible.

Very truly yours,

Jason A. Steinberger

JAS//

cc: Paul Krez
   Attorney for Defendant
   MTA, MTA Police Department, Det. Haydee Urena and Det. John Doe
   225 Broadway
   Suite 2199
   New York, NY 10007

Fax: (212) 766-9035

Suzette Rivera
Corporation Counsel of the City of New York
Attorney for Defendant
City of New York
New York City Police Department
100 Church Street
Room 3-196
New York, NY 10007

06/14/2002  17:20    17166454699                    COOPER                                    PAGE  03