UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x

DAVID PODHASKIE,

        Plaintiff,

        -against-

CITY OF NEW YORK & NEW YORK CITY
POLICE DEPARTMENT,

        Defendants.
----------------------------------- x

07 Civ. 0409 (SHS) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Plaintiff having previously settled with the MTA defendants, and the parties having informed the Court that plaintiff has now reached a settlement agreement in principle with the remaining defendants, the City of New York and the New York City Police Department, and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. The Clerk of court shall close the case as against all defendants.

        SO ORDERED.

DATED:    New York, New York
            April 26, 2007

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Jason A. Steinberger, Esq.
                                    Suzette C. Rivera, Esq.
                                    Paul A. Krez, Esq.
                                    Judge Sidney H. Stein

C:\ORD\Dismiss.AJP



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

April 19, 2007



RECEIVED
APR 23 2007
CHAMBERS OF
ANDREW J PECK

BY HAND
Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

Re: <u>David Podhaskie v. The City of New York et al.</u>, 07CV 409 (SHS) (AJP)

Dear Judge Peck:

On behalf of defendant City of New York and plaintiff, I respectfully write to advise the Court that plaintiff has agreed to dismiss this action, with prejudice, as against defendant's City of New York and the New York City Police Department. I will promptly forward the original executed Stipulation of Dismissal to the Court upon receipt from plaintiff's counsel.

Respectfully submitted,

Suzette Corinne Rivera (SR 4272)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY FAX
Jason Steinberger, Esq.
Attorney for Plaintiff

(718) 993-1542

Paul Krez, Esq.
Attorney for MTA, MTAPD and Detective Urena
(212) 766-9035